UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC., <br><br> Petitioners, <br><br> -against- <br><br> TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD., <br><br> Respondents. | Case No. 1:22-cv-07301-LAK-RWL <br><br> **NOTICE OF MOTION FOR LEAVE TO FILE AMENDED PETITION UNDER SEAL** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Leave to File Under Seal, Petitioners Terra Towers Corp., TBS Management, S.A., and DT Holdings, Inc., by their attorneys, hereby move this Court pursuant to Federal Rule of Civil Procedure 15.2(d) for an Order granting leave to file under seal Petitioners' Amended Petition.

Dated: New York, New York
September 6, 2022

Respectfully submitted,

**LUPKIN PLLC**

By: /s/ *Jonathan D. Lupkin*
  Jonathan D. Lupkin
  Michael B. Smith

80 Broad Street, Suite 1301
New York, NY 10004
Tel: (646) 367-2771
Fax: (646) 219-4870
jlupkin@lupkinpllc.com
msmith@lupkinpllc.com

*Counsel for Petitioners*

Granted
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
9/7/22

1