UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC.,<br><br>        *Petitioners,*<br><br>v.<br><br>TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,<br><br>        *Respondents.* | No. 22-cv-07301-LAK |

Pursuant to 59(e) of the Federal Rules of Civil Procedure, Petitioners Terra Towers Corp., TBS Management, S.A. (together, "**Terra**"), and DT Holdings, Inc. ("**DTH**"), respectfully moves to **alter** or **amend** the judgment entered on February 21, 2024, denying Petitioners' amended petition to disqualify the arbitral panel (DE 59), and for other and further relief as the Court deems just and proper. In support, Terra/DTH submits their Memorandum of Law dated March 19, 2024, and a Declaration in Support, which are being filed contemporaneously with this **motion**.

Dated: Miami, FL

      March 19, 2024

                                                             Respectfully submitted,

                                                           **CAREY RODRIGUEZ LLP**
                                                           By: /s/ *Juan J. Rodriguez*
                                                           Juan J. Rodriguez*

                                                           1395 Brickell Avenue, Suite 700
                                                           Miami, Florida 33131
                                                           Phone: 305-372-7474
                                                           Fax: 305-372-7475
                                                          jrodriguez@careyrodriguez.com
                                                          *Admitted Pro Hac Vice*

                                                           *Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Clerk using appellate CM/ECF system on March 19, 2024. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ *Juan J. Rodriguez*
Juan J. Rodriguez
*Counsel for Petitioners*