# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2024
```

TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC.,

*Petitioners,*

v.

TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,

*Respondents.*

No. 22-cv-07301-LAK

Pursuant to 59(e) of the Federal Rules of Civil Procedure, Petitioners Terra Towers Corp., TBS Management, S.A. (together, "**Terra**"), and DT Holdings, Inc. ("**DTH**"), respectfully moves to **alter** or **amend** the judgment entered on February 21, 2024, denying Petitioners' amended petition to disqualify the arbitral panel (DE 59), and for other and further relief as the Court deems just and proper. In support, Terra/DTH submits their Memorandum of Law dated March 19, 2024, and a Declaration in Support, which are being filed contemporaneously with this **motion**.

Dated: Miami, FL

March 19, 2024

    Respectfully submitted,

    **CAREY RODRIGUEZ LLP**
    By: */s/ Juan J. Rodriguez*
    Juan J. Rodriguez*

    1395 Brickell Avenue, Suite 700
    Miami, Florida 33131
    Phone: 305-372-7474
    Fax: 305-372-7475
    jrodriguez@careyrodriguez.com
    **Admitted Pro Hac Vice*

    *Counsel for Petitioners*

<u>Memorandum Endorsement</u>    <u>Telecom Bus. Sol. LLC v. Terra Towers Corp., 22-cv-07301 (LAK)</u>

   Petitioners' motion for reconsideration (Dkt 60) is denied substantially for the reasons stated in respondents' opposition (Dkt 66).

   SO ORDERED.

Dated:  May 1, 2024

                Lewis A. Kaplan
                United States District Judge