UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRA TOWERS CORP., TBS MANAGEMENT, S.A., and DT HOLDINGS, INC.<br><br>*Petitioners,*<br><br>v.<br><br>TELECOM BUSINESS SOLUTION, LLC, LATAM TOWERS, LLC, and AMLQ HOLDINGS (CAY) LTD.,<br><br>*Respondents.* | No. 22-cv-07301-LAK<br><br>**AMENDED NOTICE OF APPEAL** |

Notice is hereby given that Petitioners Terra Towers Corp, TBS Management, S.A. and DT Holdings, Inc. hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Memorandum Endorsement, entered February 21, 2024 (Dkt. 59), the Order denying Petitioners' Motion for Reconsideration (Dkt. 73) and from all opinions, orders and rulings subsumed therein or made prior thereto including the Memorandum Endorsement granting a Letter request to seal (Dkt. 71).

Dated: New York, New York
       May 31, 2024

_/s/ Juan J. Rodriguez_
Juan J. Rodriguez, Esq. *

CAREY RODRIGUEZ LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Phone: 305-372-7474
Fax: 305-372-7475
jrodriguez@careyrodriguez.com
* Admitted Pro Hac Vice

*Counsel for Petitioners Terra Towers Corp.,*
*TBS Management, S.A., and DT Holdings, Inc.*