UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x
Terra Towers Corp., et al.,

              Petitioners,

  -against-                         22-CV-7301 (LAK)

Telecom Business Solution, LLC,
et al.,

              Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - x

                              <u>Order</u>

        The Clerks Office shall close this case.

Dated: September 25, 2025

                                  /s/ Hon. Lewis A. Kaplan
                                _____
                                    Lewis A. Kaplan
                                United States District Judge